UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| DAVID SNYDER, | CASE NO. 1:17-cv-2157 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 12, 2017, Plaintiff David Snyder filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his social security disability benefits application.[1] On December 3, 2018, Magistrate Judge David A. Ruiz recommended that the Court vacate the Commissioner's final decision and remand the case for further proceedings.[2]

Any objections to Magistrate Judge Ruiz's Report and Recommendation ("R&R") were due by December 17, 2018. Defendant Commissioner stated she will not file objections.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which the parties have made an objection.[4] Absent

---

[1] Doc. 1.
[2] Doc. 15.
[3] Doc. 16.
[4] 28 U.S.C. § 636(b)(1).

Case No. 1:17-cv-2157
Gwin, J.

objection, a district court may adopt the R&R without review.[5]  Because no party has objected to the R&R, this Court may adopt the R&R without further review.  Moreover, having conducted its own review of the record, the Court agrees with the conclusions in the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporating it fully herein by reference, **VACATES** the Commissioner's final decision, and **REMANDS** the case for proceedings consistent with the opinion.

IT IS SO ORDERED.


Dated: January 30, 2019                    s/    James S. Gwin
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE

---

[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the magistrate judge's R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).